IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN MONTI,

           Plaintiff,

v.                                            CIVIL ACTION NO. 3:24-0714

WEST VIRGINIA TECHNOLOGY CENTER,
FRONTIER WIMAX,
MILDRED MITCHELL-BATEMAN HOSPITAL, and
DR. GAAL,

           Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Plaintiff's motions for injunctive relief be denied (ECF Nos. 3, 5); Defendants' motion to dismiss and join in motion to dismiss be granted (ECF Nos. 15, 17); Plaintiff's letter-form Petition to Enjoin (ECF No. 2) be dismissed; and that this matter be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Plaintiff's motions for injunctive relief be denied (ECF Nos. 3, 5); Defendants' motion to dismiss and join in motion to dismiss be granted (ECF Nos. 15,

-2-

17); Plaintiff's letter-form Petition to Enjoin (ECF No. 2) be dismissed; and that this matter be removed from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:   July 30, 2025

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE